# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REGAN SMITH, individually and on behalf of all others similarly situated;<br><br>**Plaintiff,**<br><br>vs.<br><br>AGENTRA, LLC, a Texas limited liability company; and JOHN DOES 1 - 2, unknown business entities;<br><br>**Defendants.** | 8:19CV178<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **November 25, 2019**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 25th day of October, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge