IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REGAN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AGENTRA, LLC, a Texas limited liability company,<br><br>Defendant. | 8:19-CV-178<br><br>JUDGMENT |

On the parties' Stipulation of Voluntary Dismissal (filing 51), the parties' individual claims against one another are dismissed with prejudice, and the class allegations are dismissed without prejudice, with each side bearing its own costs, expenses, and attorney's fees.

Dated this 11th day of February, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge